# United States Court of Appeals
## For the First Circuit

No. 25-1304

MICHAEL A. MANZO; MICHAEL K. MANZO; LOUIS V. MANZO; PAUL A. AUWAERTER, M.D.,

Plaintiffs, Appellants,

v.

SAMUEL WOHLSTADTER; NADINE WOHLSTADTER,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this court issued on March 24, 2026, is amended as follows:

On page 3, line 26, "[sic]" is inserted after "contact".